UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────x
BP PRODUCTS OF NORTH AMERICA, INC.,            :
                                               :   Civil Action No. 20-cv-09659-VSB
                        Plaintiff,             :
     -against-                                 :   **NOTICE OF APPEARANCE**
                                               :
WESTWARD SERVICE STATION INC.,                 :
BLUE HILLS FUELS, LLC, and                     :
PMG NORTHEAST, LLC,                            :
                                               :
                        Defendants.
──────────────────────────────x

**PLEASE TAKE NOTICE** that Kevin P. Mulry, Esq. of Farrell Fritz, P.C., an attorney authorized to practice in this court, hereby appears in the above-entitled action for Defendants Blue Hills Fuels, LLC, and PMG Northeast, LLC, and hereby requests that he be notified of all filings by ECF.

Dated:  December 28, 2020

                              **FARRELL FRITZ, P.C.**

                              *s/ Kevin P. Mulry*
                      By: _____
                              Kevin P. Mulry
                              400 RXR Plaza
                              Uniondale, NY  11556
                              Telephone:  (516) 227-7000
                              Facsimile:  (212) 687-2175
                              Email:  kmulry@farrellfritz.com

TO:  All Counsel of Record (By ECF)

FF\11089918.1