UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    BP PRODUCTS NORTH AMERICA INC.,

                                 Plaintiff

                  20-CV-9659 (VSB)

             -against-

                  **ORDER**

    BLUE HILLS FUELS, LLC, et al.,

                            Defendants.
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On July 30, 2021, the parties filed a proposed case management plan stating that all discovery would be completed by January 31, 2022. (Doc. 35.) Due to an administrative error, I never signed and entered the proposed plan as the case management plan for this action. Accordingly, it is hereby

       ORDERED that by Friday, February 4, 2022, the parties shall file a joint letter informing me whether discovery in this action has been completed as contemplated by the proposed case management plan. If discovery is complete, I will sign and enter the proposed case management plan and set a date for a post-discovery conference. If discovery is not complete, the parties shall also include with their joint letter a new proposed case management plan.

SO ORDERED.

Dated:   February 1, 2022
            New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge