```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
BP PRODUCTS NORTH AMERICA INC.,           :
                                          :    20cv9659 (DLC)
                            Plaintiff,    :
                                          :        ORDER
              -v-                         :
                                          :
BLUE HILLS FUELS, LLC., et al.,           :
                                          :
                            Defendants.   :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A bench trial in the above-captioned action had been placed on the trial-ready calendar for the month of February 2023. Accordingly, it is hereby

ORDERED that the trial in this action will commence on **February 21, 2023**. Please refer to this Court's Individual Practices in Civil Cases for all pretrial filing deadlines as well as the Order issued on October 28, 2022.

IT IS FURTHER ORDERED that a final pretrial conference will be held on February 10, 2023 at 10:30 AM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         December 15, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge