

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

400 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

Our File No.
37356-101

January 17, 2023

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   **BP Products North America, Inc. v. Blue Hills Fuels, LLC**
           **Case No.: 1:20-cv-009659**

Dear Judge Cote:

This firm represents Defendants PMG Northeast, LLC and Blue Hills Fuels, LLC in the above-referenced matter. This letter is respectfully submitted on behalf of all Parties to report to the Court that this action has been settled. The Parties thank the Court-appointed Mediator, Christopher Mason, for his efforts in mediating this case and assisting the Parties in resolving it.

The Parties are preparing a written settlement agreement and will file a stipulation of dismissal once the settlement agreement has been executed. The Parties respectfully request a two-week adjournment, to February 3, 2023, of the deadline for the submission of the pretrial order and related filings, so that they can prepare the settlement agreement and avoid the unnecessary expenditure of time and costs.

We thank the Court for its time and consideration of this matter.

*Granted. There shall be no further adjournment of the 2/3/23 dates.*

Respectfully submitted,

/s/ Kevin P. Mulry

Kevin P. Mulry

cc: All Counsel (By ECF)

*Denise Cote
1/18/23*

FF\13234301.1