

Abby L. Risner
Direct Dial: (314) 345-4785
FAX: (314) 345-5465
e-mail address:
alr@greensfelder.com

February 7, 2023

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *BP Products North America, Inc. v. Blue Hills Fuels, L.L.C., et al* – Case No. 1:20-CV-09659-DLC

Dear Judge Cote:

    This letter pertains to the scheduled February 10, 2023 hearing. The Settlement Agreement among the parties was fully executed last Friday, February 3, 2023. The Stipulation of Dismissal is signed and ready for filing pending expiration of the seven-day time period for rescission rights under the Petroleum Marketing Practices Act, 15 U.S.C. § 2802(b)(2)(D)(iii), which rights expire on Thursday, February 9, 2023. The parties will file the Stipulation of Dismissal no later than 8 a.m. on February 10, 2023, prior to the scheduled 10:30 am conference. If for any reason the parties do not file the Stipulation of Dismissal, we will appear for the scheduled February 10, 2023 conference. The parties respectfully request that the Court provide that the conference is adjourned as long as the Stipulation of Dismissal is filed prior to the scheduled conference.

    If the Court has any questions or would like the parties to proceed in a different manner, please let us know and we can be available to discuss.

                                    Respectfully submitted,

*/s/ Abby L. Risner*
Attorney for Plaintiff BP Products
North America, Inc.

*/s/ Kevin P. Mulry*
Attorney for Defendants Blue Hills
Fuels, LLC and PMG Northeast, LLC

*/s/ Fred C. Weil*
Attorney for Defendant Westward
Service Station, Inc.

Agreed. [signature]
2/7/23

Chicago Office:
200 West Madison, Ste. 3300
Chicago, IL 60606
T: 312-419-9090 F: 312-419-1930

Clayton Office:
8000 Maryland Ave., Ste. 1250
Clayton, MO 63105
T: 314-345-5450 F: 314-241-8624

Southern Illinois Office:
821 W. Highway 50, Ste. 303
O'Fallon, IL 62269
T: 618-257-7308 F: 618-257-7353

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090 F: 314-241-8624

Greensfelder, Hemker & Gale, P.C.   www.greensfelder.com   MERITAS